**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALGREEN CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-124-GMS |
| | ) |
| RITE AID CORPORATION AND RITE AID HDQTRS. CORP. | ) ) |
| Defendants. | ) |

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. R. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Walgreen Co. ("Walgreens") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Rite Aid"), through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including all claims by Walgreens against Rite Aid and all counterclaims by Rite Aid against Walgreens, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs, disbursements and attorney's fees incurred in connection with the dismissed claims and counterclaims.

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction to enforce this Stipulation and Order of Dismissal with Prejudice and to resolve any and all disputes arising out of the Confidential Settlement Agreement entered into by Walgreens and Rite Aid on or about November 25, 2014 ("Confidential Settlement Agreement"), the terms of

which are hereby incorporated by reference into this Stipulation and Order of Dismissal with Prejudice.

Dated: December 9, 2014

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Anne Shea Gaza* | */s/ Rodger D. Smith II* |
| Anne Shea Gaza (No. 4093) | Rodger D. Smith II (#3778) |
| James L. Higgins (No. 5021) | Michael J. Flynn (#5333) |
| Rodney Square | Megan E. Dellinger (#5739) |
| 1000 N. King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| 302-571-6600 | Wilmington, DE 19899 |
| agaza@ycst.com | (302) 658-9200 |
| jhiggins@ycst.com | rsmith@mnat.com |
| | mflynn@mnat.com |
| Of Counsel: | mdellinger@mnat.com |
| Timothy J. Malloy | |
| Scott P. McBride | *Attorneys for Defendants* |
| McAndrews, Held & Malloy, Ltd. | *Rite Aid Corporation and Rite Aid Hdqtrs.* |
| 500 West Madison Street, 34th Floor | *Corp.* |
| Chicago, Illinois 60661 | |
| (312) 775-8000 | |
| tmalloy@mcandrews-ip.com | |
| smcbride@mcandrews-ip.com | |

*Attorneys for Plaintiff*
*Walgreen Co.*

**SO ORDERED this ___ day of _____ 2014.**

---

**UNITED STATES DISTRICT JUDGE**